IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JANICE TEETER as Personal Representative of the Estate of M.G. (a minor); and JANICE TEETER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>MISSOULA COUNTY PUBLC SCHOOL DISTRICT, a department of MISSOULA COUNTY, MT; TYLER SOLBERG, individually; and DENNIS JUNEAU, individually,<br><br>Defendants. | CV 26-2-M-KLD<br><br>ORDER |

I hereby recuse myself from this matter on the ground that my sister, Elizabeth Kaleva, is the owner and sole shareholder of Kaleva Law Office. Accordingly, I ask that this case be reassigned.

DATED this 7th day of January, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge